

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00234-CR

| | | |
|---|---|---|
| Aaron Glen Jensen | § | From the 355th District Court |
| | § | of Hood County (CR12827) |
| v. | § | June 30, 2016 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $12 restitution fee, resulting in total court costs of $584. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth